

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-14-00370-CR

Andres Ramon **JUAREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0937B
Honorable Mary D. Roman, Judge Presiding

## O R D E R

On June 9, 2014, this court allowed appellant's trial attorney to withdraw because he had not been retained as appellate counsel. Our order informed appellant that if he wished to pursue his appeal, he should retain appellate counsel at the earliest possible date. On August 5, 2014, appellant filed a pro se Motion for Extension of Time to File Appeal Brief and Request for Copy of All Trial Records. In this motion, appellant states he has not been able to request appointment of counsel on appeal, "which he is in need of."

We DENY appellant's motion. However, because appellant is without counsel on appeal, it is therefore ORDERED that this appeal is ABATED to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We REMAND the cause to the trial court for it to make appropriate findings and rule on these issues:

(1)     Does appellant desire to prosecute his appeal?

(2)     Is appellant indigent? If appellant is indigent and desires to prosecute his appeal, the trial court should take steps necessary to ensure effective assistance of counsel, including the appointment of new counsel, if necessary. If appellant desires to proceed pro se, the trial court is directed to determine appellant's ability and capacity to knowingly and intelligently waive his right to counsel. *See Ex parte Davis*, 818 S.W.2d 64, 66-68 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987). The trial should consider whether allowing appellant to proceed pro se on appeal is in the best interests of the appellant and the government. *Martinez v. California*, 528 U.S. 152, 120 S. Ct. 684, 691-92 145 L. Ed.2d 597 (2000).

We further ORDER the trial court to file in this court, <u>no later than September 8, 2014,</u> (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact and conclusions of law on the above issues.

All other appellate deadlines are suspended until further notice from this court.

_Sandee Bryan Marion_

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_Keith E. Hottle_

Keith E. Hottle
Clerk of Court